# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1700
_____

United States of America

*Plaintiff - Appellee*

v.

Charles Miller

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: February 17, 2021
Filed: February 22, 2021
[Unpublished]

_____

Before GRASZ, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

After considering a number of factors, the district court[1] decided not to reduce Charles Miller's 360-month prison sentence under the First Step Act. *See* Pub. L.

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

No. 115-391, 132 Stat. 5194 (2018).  Though he challenges the decision on a host of grounds, we affirm.

We conclude that the district court gave a reasoned basis for its decision and did not abuse its discretion.  *See United States v. McDonald*, 944 F.3d 769, 771–72 (8th Cir. 2019) (discussing the standard of review and outlining the two-step analysis for motions under the First Step Act); *United States v. Williams*, 943 F.3d 841, 844 (8th Cir. 2019) (explaining that the sentencing court must have considered the parties' arguments and have a reasoned basis for its decision).  The First Step Act did not require the court to reduce Miller's sentence, even if he was eligible. § 404(c), 132 Stat. at 5222 ("Nothing in this section shall be construed to require a court to reduce any sentence pursuant to this section.").

We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____